Prepared by State Reporter from Appeal Papers

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ARTHUR COOK, Respondent.

*Crimes — nuisance — intoxicating liquors — judgment convicting defendant of maintaining nuisance by conducting place where intoxicating liquors were sold, properly reversed.*

*People* v. *Cook,* 220 App. Div. 110, affirmed.

(Submitted May 29, 1928; decided June 12, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 21, 1927, which reversed a judgment of the Steuben County Court rendered upon a verdict convicting the defendant of maintaining a common nuisance in violation of section 1532 of the Penal Law, in that he conducted a place where intoxicating liquors were sold in violation of the National Prohibition Act, and directed a dismissal of the indictment. The Appellate Division held that the acts charged, if a crime, were punishable by the Federal courts only.

*Guy W. Cheney, District Attorney,* for appellant.

*Floyd E. Whiteman* and *Acton M. Hill* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ.; CARDOZO, Ch. J., POUND and LEHMAN, JJ., vote to modify judgment of the Appellate Division by ordering a new trial instead of dismissing the indictment.